RODNEY SCOTT SMITH
-VS-

"A" TEAM } Lt. KELLY,
Sgt. JOE HOBBS, &
LASalle Correctional CENTER

P1

RECEIVED
JUL 10 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

XXXXXXXX
XXXX

JUNE 6, 2018
1:18-cv-0904  SEC P

To WHOm IT mAy ConCernN,

I INMATE RODNEY Scott Smith (Doc# 725278) am Currently Housed at Lasalle Correctional Center in LAsalle Parish.

BORN & RAiSED IN LASalle parish, Im 53 yrs old currently and was Sentenced To 2½ yrs for Conspiracy To Dist. Augst 24, 2017. By Judge Peters. IN JANuary of 2017 Ealier THis PAst year I HAD undernued a Quadruple ByPass Heart surgery at Cabrini Hosp. in Alex. LA. and 6½ months later I was Sentenced To (LCC) To start my Time, NoT YET Completly HEALED UP.

I want To mAke IT aware THAT my middle Son "JACob Smith" Is Employed at Lasalle Correctional Center as a Deputy and Can Verify all THAT Im going To state you IN THis Letter. I served As A CellBlock Sgt at ANGolA St. PENN. for several years and also As Asst. Warden at THE Lasalle Parish CourtHouse JAil for a year.

My Son JACob Smith working HERE AT (LCC) went ahead of my Sentencing and Cleared IT with THE staff and RAWK HERE THAT DUE To my BAckground & also my Recent HEArt Surgery I WAS To be placed Into (PC) proctcive Cocotoady. IT WAS Cleared upon my arrival Here I Wes To Come Into A-Dorm (TRUStee Dorm) for my (PC) and start my Time.

Over →

(P2)                                                June 6, 2018

cont. -        Upon my arrival Here at Lasalle Correctional Center
        friday nite Avgst 24, 2017, myself ad 3 other men were
        brought on Toghter To Be processed in. Lt. Kelly è Corpal
        Joe HOBBS were processing in This nite.
                Once Paperwork was Completed We were
        Asked By Corpal Joe Hobbs if anyone Had any Heart problems.
        As I began To speck up Corpal Joe Hobbs cut me off
        stateing: "yee yea Aint we all got heart problems now Peck your
        Shit end lets go To The Dorm"!
                HE placed all four of us into "I Dorm"
        Better Known as THE "Jungle". THE worst of THE Dorms in
        Lasalle Correctional Center! Within minutes of being put into
        I-Dorm BArley getting my MAT on My bunk I was Jumped
        By 3-Inmates with lock IN sock's. Broken NOSE, FRActured JAW
        Two front Teeth Knockd out ad Torn sternum from being Kicked on
        my Not yet Healed Chest Cavity from my Recent Heart Surgery.
        THE Doctor HERE IN facility calls it a upper Double Hernina steking
        out of my Chest now". ONCE pulled out of Dorm Blad coming out
        of Both EARS which now I have Constat Ringing IN EARS, Corpal
        Joe Hobbs Laughd at me say Quote "well you got your Issue
        pisnt ya Big man?"

                                                        over →

(P.3)                                                    June 6, 2018

Cont-

IN Conclusion, I Have Submitted To yall, ONCE BEFORE. But DUE To my Incarceration at (LCC) I was unable To pay the $400.00 Filing fee Required. Now Im out and would Like To Resubmitte This claim To ya'll IN EARNest please!

Im Going To have Surgery To Repair my sternum upper Hernia Repair at Cabrini Hosp. in Alex. LA. Having only been out of Quadorpue bypass 6½ months my chest cavity was not Healed Completely During the Time of the Severe Attack!

Also HAving Lost Several Teeth DUE To Locks in socks Im going To HAve To have Dental Repair To my teeth.

and The Constat Ringing in my EArs will have To Be checked too.

Please allow me To Reapply my Request. I Deserve Justice in this matter as well as other men who came into this facility with Disibalites. THEY laughed at me after pully me out of Dorm (THE GAurds) laughed.

My Home ADDRESS IS P.O. Box 498
                    JENA, LA, 71342

PS...
THIS Facility and its Employees Really need To BE INTERNALly INvestigated on how Polices & Procedures are Conducted!

                    Respectfully yours
          THAnk-you, Rodny Scott Swett
                    OC#725278

NOTE:

    I RODNEY SCOTT SMITH (#725278) HAving BEEN HOUSED AT LASALLE Correctional Center (LASALLE PARISH)(10 months) HAVE BEEN Witness To multiple Stabbings, fights & ABUSE of GAURDS To HOUSED INMATES with Pepper spray also Placing 3 or more HANdie CAP INMATES (EXP) Wheelchair & Unicary Cathder PAtients being Placed into A Two man Lock Dawn Cell To Live & sleep on Floors!

    My Son (JACOB LEE Smith) IS A Current Deputy Here et LCC and can attest To all my Claims being true! All INcidents THAT occure HERE are Kept IN House To be delt with as To Where Not To have DOC INvesgatiy anything HERE. As for my personal BeatDown I Recieved from THose 3 Black inmates with Locks in Socks... Some Time spent in Isolation 3 DAys MAK THEM put back in dorm! I Cold of Easly Been Killed, Due to my Recent Heart Surgery.

    If THERE Is anyway DoC Could Investigate LASALle Correctind, IT Would Be ADvised As myself Along with my Son Being Employed Here will Testify Too. PLEASE HELP IN THis MAtter.

THAnK you
Very much
Respectfully yours
Rodny Scott Smith
DOC# 725278

→ Also IN my Dorm of (LCC) I, Witnessed multiple DRug SEZieures and all Delt with By few days in Hole."