## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**RODNEY SCOTT SMITH #725278**          **CASE NO. 1:18-CV-00904 SEC P**

**VERSUS**                              **JUDGE DRELL**

**LT KELLY ET AL**                      **MAGISTRATE JUDGE PEREZ-MONTES**

### MEMORANDUM ORDER

On July 10, 2018, a complaint was filed by the plaintiff.  On July 17, 2018, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application and to resubmit the complaint on an approved form.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on July 10, 2018, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this _____ day of _____, 2018.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge